Lynch,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SEETHA RAMACHANDRAN (SR-0886)
Assistant United States Attorney
One St. Andrew's Plaza -- 3rd Floor
New York, New York 10007
Tel. (212) 637-2546



DATE FILED: 8/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
UNITED STATES OF AMERICA,

    Plaintiff,

  -against-

$136,000,000.00 IN UNITED STATES
CURRENCY,

    Defendants-*in-rem*.
------------------------------------

ORDER TO SHOW CAUSE

07 Civ. 10493(GEL)

    Upon the motion of plaintiff United States of America for a default judgment and upon the annexed Declaration of Seetha Ramachandran, Assistant United States Attorney, together with all exhibits attached thereto, it is hereby:

    ORDERED that Assistant United States Attorney Seetha Ramachandran and any individuals and entities who wish to oppose plaintiff's claim for forfeiture and assert an interest in the defendant-*in-rem* funds appear before the Honorable Gerard E. Lynch, United States District Judge, Southern District of New York, in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York, at 4:45 p.m. on the 18th day of August, 2008, to show cause why a default judgment should not be entered and the defendant-*in-rem* funds forfeited to the

plaintiff United States of America according to law; and it is further

ORDERED that a copy of this Order and the papers upon which it is based shall be served by __August 11__, 2008, upon any individual and/or entity known by the plaintiff to have an alleged interest in the defendants-in-rem by certified mail or Federal Express.

Dated:   New York, New York
         ~~July~~ 7, 2008
         August

_____
HONORABLE GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE