AFFIDAVIT OF SERVICE

Sally Hassanein affirms under penalty of perjury pursuant to 28 U.S.C. §1746 the following:

I am employed with FSA in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York.

On August 7, 2008, I served a copy of the Order to Show Cause and supporting documents to the following individuals by certified mail by delivering the same to the mail room at the United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007:

James Miller, Esq.
Clifford Chance, US LLP
31 West 52nd Street
New York, NY 10019

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:    August 14, 2008
                New York, New York

                                    _____
                                    SALLY HASSANEIN

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

Clifford Chance US LLP
31 West 52ⁿᵈ Street
New York, NY 10019
Attn: James Miller

PS Form 3800, June 2002        See Reverse for Instructions

7003 4034 0000 2260 2108

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clifford Chance US LLP
31 West 52ⁿᵈ Street
New York, NY 10019
Attn: James Miller

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
8·11·08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)        7003 2260 0000 4034 2108

PS Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-1540